United States Court of Appeals
Fifth Circuit

**F I L E D**

June 7, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 05-10043
_____

UNITED STATES OF AMERICA

          Plaintiff - Appellee

      v.

OSCAR UVALLE-DEL RIO

          Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Northern District of Texas, Dallas
3:04-CR-284-ALL-K
----------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that the parties' motion to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that the parties' motion to remand the case for re-sentencing is GRANTED.

IT IS FURTHER ORDERED that the parties' motion to extend the time to file appellant's brief is DENIED as unnecessary.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.